```
                                                              FILED
                                                              July 3, 2008
        UNITED STATES DISTRICT COURT FOR THE              CLERK, US DISTRICT COURT
                                                           EASTERN DISTRICT OF
                                                               CALIFORNIA
              EASTERN DISTRICT OF CALIFORNIA
                                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )   Case No. MAG. 08-0228-KJM
                Plaintiff,     )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
STEPHEN DOUGLAS MARTIN,        )
                               )
                Defendant.     )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release STEPHEN DOUGLAS MARTIN, Case No. MAG. 08-0228-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

      _X_   Unsecured Appearance Bond

      ___   Appearance Bond with Surety

      _X_   (Other) Conditions as stated on the record.

      ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/03/08 at 3:45pm

By _____
   Edmund F. Brennan
   United States Magistrate Judge